THEODORE A. JENNEJOHN et al., Appellants, v. CITY OF ROCHESTER, Respondent.— Order affirmed, without costs of this appeal to any party. (See *Steitz* v. *City of Beacon*, 295 N. Y. 51.) All concur. (Appeal from an order dismissing plaintiffs' complaint in an action to recover damages alleged to have been caused by fire to plaintiffs' home, furniture, clothing, etc.) Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 999.]

In the Matter of the Probate of the Will of JOSEPH DOMOGOLA, Deceased. STANISLAW DOMOGOLA, Appellant; FRANK GLEBA, Respondent.— Decrees affirmed, without costs of this appeal to either party. All concur. (Appeal from three decrees dismissing the objections of contestant and admitting the will to probate, adjudging the instrument to have been properly executed and admitting it to probate, and denying motion for taking of deposition before trial.) · Present — Vaughan, Kimball, Piper and Wheeler, JJ.

KENNETH McALEE, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

KATHRYN WINTERS, as Administratrix of the Estate of ELIZABETH A. WINTERS, Deceased, Respondent, v. KENMORE MOTOR CO., INC., Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to either party, on the ground that the verdict of the jury is excessive. All concur. (Appeal from a judgment for plaintiff in a negligence action. The order denied a motion for a new trial.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.

IVAN H. TOWNE, as Administrator of the Estate of KENNETH L. TOWNE, Deceased, Appellant, v. ALTON R. BUNCE, as Administrator of the Estate of GEORGE E. CONE, Deceased, Respondent.— Judgment affirmed, with costs. (See *Galbraith* v. *Busch*, 267 N. Y. 230.) All concur. (Appeal from a judgment dismissing the complaint in an automobile negligence action.) Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *post*, p. 999.]

CATHERINE LUPICA, Appellant, v. SEBASTIAN LUPICA, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in a negligence action.) Present — Vaughan, Kimball, Piper and Wheeler, JJ.